UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARK FRY,

        Plaintiff,

v.                                                 Case No:   2:14-cv-507-FtM-38DNF

ELITECH GROUP, INC., d/b/a Elitech
North America, Inc., a Utah Corporation,

        Defendant.
_____/

**ORDER**[1]

On November 26, 2014, the Court administratively closed the above-captioned case for sixty days to allow the parties to submit final documents. (Doc. #10). That time has now expired, and no stipulated form of final order or judgment has been submitted.

Accordingly, it is **ORDERED:**

The Clerk of Court shall enter judgment dismissing the case with prejudice and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of February, 2015

                                                          SHERI POLSTER CHAPPELL
                                                          UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.